UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN H. CHAPLIN,<br><br>      Plaintiff(s),<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>      Defendant(s). | Case No. 2:17-cv-01686-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

  Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. Plaintiff failed to complete the application in its entirety, including responding in full to Questions 2, 10, and 13.[1] Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff shall file a completed application no later than July 6, 2017.[2]

  IT IS SO ORDERED.

  Dated: June 22, 2017

                       _____
                       NANCY J. KOPPE
                       UNITED STATES MAGISTRATE JUDGE

---

[1] Based on the partial answer given, it appears the answer to Question 2 likely should be "None."

[2] Although the Court does not herein screen the submitted complaint, counsel may wish to ensure that the complaint complies with the requirements outlined by the Court previously. To the extent Plaintiff wishes to do so, he may file an amended complaint concurrently with any renewed *in forma pauperis* application.