# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN H. CHAPLIN,<br><br>                Plaintiff(s),<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                Defendant(s). | Case No. 2:17-cv-01686-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 4) |

On June 22, 2017, the Court denied as incomplete Plaintiff's application to proceed *in forma pauperis*. Docket No. 3. On July 5, 2017, Plaintiff filed a renewed application that remains incomplete in that Plaintiff omits her city and state of legal residence. Docket No. 4 at 5 (question 13). Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff shall file, no later than July 18, 2017, a completed application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: July 11, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE