Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LMoreno@shookandstone.com

Attorneys for Plaintiff
JOHN H. CHAPLIN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN H. CHAPLIN,<br><br>　　　　Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 2:17-cv-01686-APG-NJK<br><br>~~PROPOSED~~ ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 13, 2017, in which to file Plaintiff's motion for summary judgment and/or remand; and that all other deadlines set forth in the October 30,

-1-

1 | 2017 Case Management Order shall be extended accordingly.  IT IS SO
2 | ORDERED.

Dated:  November 30, 2017

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

*/s/Cyrus Safa*

BY: _____
    Cyrus Safa
    Attorney for plaintiff