STEVEN W. MYHRE NVSB 9635
Acting United States Attorney
District of Nevada

JENNIFER A. KENNEY, SBN CA 241625
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8945
Facsimile: (415) 744-0134
E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN H. CHAPLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-01686-APG-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Response to Plaintiff's Motion for Reversal and/or Remand, due on January 12, 2018, by 30 days, through and including February 11, 2018.

This first request for extension is needed due to Defendant's counsel's exceptionally heavy workload at this time, including two employment law matters in active litigation before the Equal Employment Opportunity Commission as well as a Ninth Circuit Court Appellate brief due next week and several district court filings this month. The additional time will enable Defendant to adequately

research the issues Plaintiff has presented.  This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel on January 8, 2018.  Plaintiff does not oppose this motion.

Respectfully submitted this 8th day of January 2018.

STEVEN W. MYHRE
United States Attorney

*/s/ Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 9, 2018